FILED
2006 Jul-26  PM 03:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **RAYMOND WITTER MAYHEW,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| vs. ) | **Civil Action No.  CV 04-S-2436-W** |
| ) | |
| **WARDEN J. C. GILES and THE** ) | |
| **ATTORNEY GENERAL OF THE** ) | |
| **STATE OF ALABAMA,** ) | |
| ) | |
| **Respondents.** ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court.  In accordance with the recommendation, this petition for writ of habeas corpus is due to be denied and dismissed with prejudice. An appropriate order will be entered.

DONE this 26th day of July, 2006.

_____
United States District Judge